UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENWOOD COMMONS, LLC,

                Appellant,

      v.

GUILD INVESTMENT GROUP, LLC,

                Appellee.

No. 23-CV-2288 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    For reasons stated on the record at oral argument held on March 20, 2023, the Court denies Appellant's motion to stay the Bankruptcy Court Order entered on February 7, 2023, pending the instant Appeal before this Court. (Dkt. No. 4.) The Clerk of the Court is respectfully requested to terminate the pending motion at Dkt. No. 4.

SO ORDERED.

DATED:    March 20, 2023
                White Plains, New York

                                                      KENNETH M. KARAS
                                                      UNITED STATES DISTRICT JUDGE