UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In Re

Kenwood Commons, LLC,

23 CV 02288  (KMK)

-v-

CALENDAR NOTICE

Appellee

Guild Investment Group, LLC,

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

      Please take notice that the above captioned action has been scheduled for
oral argument before the Honorable Kenneth M. Karas, United States District Judge, on
Thursday, January 11, 2024 at 10:30 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code:
7702195 Please enter the conference as a guest by pressing the pound sign (#).  Counsel involved
in any pro se cases shall mail a copy of this Notice to or otherwise inform the pro se party of the
above teleconference information. Counsel in any pro se inmate cases shall ensure that the pro se
party is on the line before calling the above-referenced number.

Dated: January 2, 2024
      White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J